JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDI RUSH, | Case No. 2:11-cv-02488-CAS-AGR |
| Plaintiff, | |
| v. | ORDER RE: JOINT STIPULATION FOR DISMISSAL |
| STAPLES THE OFFICE SUPERSTORE, LLC dba STAPLES #1342, et al., | |
| Defendants. | |

Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff SANDI RUSH, and defendants THE HJM FAMILY LIMITED PARTNERSHIP; THE MARYOT S. MEYER LIMITED PARTNERSHIP; and HENRY J. MEYER, TRUSTEE of the HENRY J. MEYER REVOCABLE INTER-VIVOS TRUST U/D/T/ MAY 18, 1990,

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety.

Dated: December 12, 2011

*Christina A. Snyder*
United States District Judge